836

Brian Rashad SANDERS

v.

STATE

CR-14-0103

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

EX PARTE Perry Demon PARRISH

CR-14-0107

Court of Criminal Appeals of Alabama.

02/03/2015

Mand. pet. dismissed

Michael Anthony MARSHALL

v.

STATE

CR-14-0112

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

Jessie J. McSHAN

v.

ALABAMA DEP'T OF CORR.

CR-14-0117

Court of Criminal Appeals of Alabama.

01/30/2015

Affirmed

Heriberto Arevalo ROBLES

v.

STATE

CR-14-0119

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed